# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| | § | |
| | § | |
| VS. | § | CRIMINAL NO. H-12-117 |
| | § | |
| | § | |
| | § | |
| JORGE AMAYA GERARDO | § | |

# O R D E R

The defendant filed an unopposed motion for continuance of the sentencing hearing, (Docket Entry No.). The motion for continuance is GRANTED. The sentencing hearing is reset to **September 25, 2012 at 10:00 a.m.**

SIGNED on August 28, 2012, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge